# JUNE TERM 1880.*

---

## WOODRUFF CLARK v. JOHN SABLE, JR.

### *Costs—Attorney fee.*

Defendant in error is entitled to an attorney fee as for hearing in the Supreme Court, where, after being served with notice thereof, he appears in good faith to argue the case, and plaintiff in error neglects to file the record and fails to appear.

Motion for costs on continuance. Submitted and granted June 8.

*Fraser & Gates* for the motion cited *Griswold v. Fuller*, Chaney's Digest, 735 (6).

---

## PHILOPENA NEGLEY v. COMMON COUNCIL OF STURGIS.

### *Liquor bonds—approval of security.*

Mandamus to compel a municipal council to act on a liquor bond offered for its approval will not be granted where the ground on which the council refused is not clearly shown.

MANDAMUS. Motion for order to show cause. Submitted and denied June 8.

*W. W. Osborn* for the motion.